**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

ODETTA TODD,

     Plaintiff,

        v.

LUZERNE COUNTY CHILDREN AND
YOUTH SERVICES and EUGENE N.
CAPRIO,

     Defendant.

NO. 3:04-CV-02637

(JUDGE CAPUTO)

## ORDER

**NOW** this 10th day of April, 2012, **IT IS HEREBY ORDERED** that:

(1) Plaintiff's Motion to Amend/Correct Judgment to Include Interest for Eleven Years (Doc. 212) is **DENIED**;

(2) Plaintiff's Motion to Require Defendants to File a Bond Under Rule 7 of the Federal Rules of Appellate Procedure or, in the Alternative, to Amend Judgment (Doc. 203) is **DENIED as moot**; and

(3) Defendants' Motion to Strike Plaintiff's Motion to Amend Judgment to Include Interest for Eleven Years (Doc. 214) is **DENIED as moot**.

                /s/ A. Richard Caputo
                A. Richard Caputo
                United States District Judge