**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ODETTA TODD, | |
| Plaintiff, | NO. 3:04-CV-02637 |
| v. | |
| LUZERNE COUNTY CHILDREN AND YOUTH SERVICES and EUGENE N. CAPRIO, | (JUDGE CAPUTO) |
| Defendant. | |

**ORDER**

**NOW** this 10th day of April, 2012, **IT IS HEREBY ORDERED** that:

(1) Plaintiff's Motion to Amend/Correct Judgment to Include Interest for Eleven Years (Doc. 212) is **DENIED**;

(2) Plaintiff's Motion to Require Defendants to File a Bond Under Rule 7 of the Federal Rules of Appellate Procedure or, in the Alternative, to Amend Judgment (Doc. 203) is **DENIED as moot**; and

(3) Defendants' Motion to Strike Plaintiff's Motion to Amend Judgment to Include Interest for Eleven Years (Doc. 214) is **DENIED as moot**.

        /s/ A. Richard Caputo
        A. Richard Caputo
        United States District Judge